UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Ames Holding Corp., *et al.* | : | Case No. 09-14406 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **United States Gypsum**, Attn: John Heavlin, 550 W. Adams St., Chicago, IL 60661, Phone: 312-436-5309, Fax: 312-672-5309

2. **Grabber Construction Supply**, Attn: William Reese, 850-B Hampton Blvd., Capitol Heights, MD 20743, Phone: 301-808-5100, Fax: 301-808-5109

3. **Viking Consulting**, Attn: Carl R. Winn, 10410 Tuxford Dr., Alpharetta, GA 30022, Phone: 770-751-8923, Fax: 770-751-9224


ROBERTA A. DEANGELIS
United States Trustee, Region 3


  /s/ David M. Klauder for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: December 23, 2009

Attorney assigned to this Case: David M. Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Mark D. Collins, Esquire, Phone: (302) 651-7700, Fax: (302) 651-7701