# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **AMES HOLDING CORP., et al.,** | ) | |
| | ) | **Case No. 09-14406 (CSS)** |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | Re: Docket Nos. 42, 80 |

**JOINDER AND OBJECTION IN ITS OWN RIGHT OF GOLDBLATT TOOL COMPANY, LLC TO PRELIMINARY OBJECTION OF ILLINOIS TOOL WORKS INC. TO DEBTORS' MOTION FOR (A) ORDER APPROVING BIDDING PROCEDURES AND CERTAIN BID PROTECTIONS, SCHEDULING A SALE HEARING AND APPROVING THE FORM OF NOTICE OF AUCTION AND SALE HEARING AND (B) ORDER AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS AT THE CONCLUSION OF SUCH AUCTION, THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND THE REJECTION <u>OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES</u>**

Goldblatt Tool Company, LLC ("**GTC**"), a Kansas limited liability company, prospective bidder for the assets of the above-captioned debtors and debtors in possession (the "Debtors") and competitor of the Debtors, hereby files this joinder (the "**Joinder**") regarding Illinois Tool Works Inc.'s objection (the "**ITW Objection**") [Docket No. 80], which is hereby incorporated by reference, and objection in its own right to the Debtors' Motion for (A) Order Approving Bidding Procedures and Certain Bid Protections, Scheduling a Sale Hearing and Approving the Form of Notice of Auction and Sale Hearing and (B) Order Authorizing the Sale of Substantially All of the Debtors' Asset at the Conclusion of Such Auction, the Assumption and Assignment of Certain Executory Contract and Unexpired Leases, and the Rejection of Certain Executory Contracts and Unexpired Leases (the "**Sale Motion**")[1] [Docket 42]. In support of this Joinder, GTC respectfully represents as follows:

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Sale Motion.

1. Based on the facts available to GTC at the present time, GTC concurs and joins in the legal arguments and factual assertions set forth in the ITW Objection and, accordingly, GTC files this Joinder in support thereof.

2. In addition, GTC asserts that the Bidding Procedures unduly limit its rights to the Debtors' data room since GTC is a competitor of the Debtors. Without full and unfettered access to the data room, GTC will not be in a position to comprehensively analyze the Debtors' assets and performance and adequately compile the relevant data needed to bid on all, or any portion of, the Debtors' assets. This limiting provision in the Bidding Procedures should be stricken.

3. For the foregoing reasons, in addition to those set forth in the ITW Objection, which is incorporated herein by reference, GTC respectfully submits that the ITW Objection and this Joinder should be sustained and the Sale Motion denied so that the Bidding Procedures can be modified to give other prospective purchasers an adequate opportunity to participate in a fair and competitive bidding process.

4. GTC expressly reserves its right to raise additional arguments with respect to the Sale Motion, and/or file a reply to any responsive pleading filed by the Debtors or the official committee of unsecured creditors to the ITW Objection or this Joinder.

WHEREFORE, GTC respectfully requests that the Court (i) sustain the ITW Objection and this Joinder, and (ii) grant such other and further relief as this Court deems just and proper.

Dated:  January 7, 2010
       Wilmington, Delaware

Respectfully submitted,

**POLSINELLI SHUGHART PC**

    /s/  *Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware  19801
(302) 252-0920 (Telephone)
(302) 252-0921 (Facsimile)
cward@polsinelli.com
jedelson@polsinelli.com
skatona@polsinelli.com

*COUNSEL FOR GOLDBLATT TOOL COMPANY, LLC*