# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMES HOLDING CORP., et al., | ) | |
| | ) | Case No. 09-14406 (CSS) |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket No. 86 |

## CERTIFICATE OF SERVICE

I, Christopher A. Ward, Esq., of Polsinelli Shughart PC, hereby certify that on the 7th day of January 2010, I caused to be served a copy of the *Joinder and Objection in its Own Right of Goldblatt Tool Company, LLC to Preliminary Objection Of Illinois Tool Works Inc. To Debtors Motion For (A) Order Approving Bidding Procedures And Certain Bid Protections, Scheduling A Sale Hearing And Approving The Form Of Notice Of Auction And Sale Hearing And (B) Order Authorizing The Sale Of Substantially All Of The Debtors Assets At The Conclusion Of Such Auction, The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And The Rejection Of Certain Executory Contracts And Unexpired Leases* [Docket No. 86] via email upon the parties listed on the attached.

POLSINELLI SHUGHART PC

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar. No. 3877)

1773225.2

**Service List
Via Email**

James C. Carignan, Esq.
    carignaj@pepperlaw.com

David B. Stratton
    strattond@pepperlaw.com

Michael P. Migliore, Esq.
    mpm@skfdelaware.com

Edmon L. Morton, Esq.
    emorton@ycst.com

Bradford J. Sandler, Esq.
    bsandler@Beneschlaw.com

L. Katherine Good, Esq.
    good@rlf.com

Mark D. Collins, Esq.
    collins@RLF.com

Curtis Miller, Esq.
    cmiller@mnat.com
    aconway@mnat.com

Richard W. Riley, Esq.
    rwriley@duanemorris.com

Drew G. Sloan, Esq.
    dsloan@RLF.com