AIKEN SCHENK HAWKINS & RICCIARDI P.C.
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
Barbara Lee Caldwell (SBN #003246)
Email: blc@ashrlaw.com

Attorneys for Maricopa County

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Case No. 2:09-bk-14406-CSS |
| AMES HOLDING CORP., et al., | CHAPTER 11 |
| Debtors. | **NOTICE OF WITHDRAWAL OF MARICOPA COUNTY'S NOTICE OF PERFECTED LIEN AND RESPONSE TO RESPONSE TO DEBTORS' MOTION FOR (A) ORDER APPROVING BIDDING PROCEDURES AND CERTAIN BID PROTECTIONS, SCHEDULING A SALE HEARING AND APPROVING THE FORM OF NOTICE OF AUCTION AND SALE HEARING AND (B) ORDER AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS AT THE CONCLUSION OF SUCH AUCTION, THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES** [Docket No. 161] |

Maricopa County, by and through its undersigned counsel, hereby provides notice of withdrawal of "Maricopa County's Notice of Perfected Lien and Response to Debtors' Motion for (A) Order Approving Bidding Procedures and Certain Bid Protections, Scheduling a Sale Hearing and Approving the Form of Notice of Auction and Sale Hearing and (B) Order Authorizing the Sale of Substantially All of the Debtors' Assets at the Conclusion of Such Auction, the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and the Rejection of Certain Executory Contracts and Unexpired Leases" filed on February 1, 2010 at Docket No. 161 based upon Debtor's counsel's acknowledgement of the taxes due Maricopa County and statement of intent to pay said taxes as they become due.

RESPECTFULLY SUBMITTED this 16th day of February, 2010.

AIKEN SCHENK HAWKINS & RICCIARDI P.C.

BY: /s/ Barbara Lee Caldwell
BARBARA LEE CALDWELL
Attorney for Maricopa County

ORIGINAL of the foregoing **E-FILED**
this 16th day of February,2010 with:

Clerk, United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

COPY of the foregoing mailed, or served
via electronic notification* or fax** or if so marked,
this 16th day of February, to:

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Drew G. Sloan
Richards Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Email: dsloan@rlf.com
Attorneys for Debtors

L. Katherine Good
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Email: good@rlf.com
Attorneys for Debtors

Mark D. Collins
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899
Email: collins@RLF.com
Attorneys for Debtor

Randall L. Klein
Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.
55 E. Monroe St., Ste. 300
Chicago, IL  60603
Email:  randall.klein@goldbergkohn.com
Attorneys for Axia Acquisition Corporation


_____/s/_____
Joanne Granville